# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTONIO MURO LAMAS

v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5224BHS/
CR02-5400BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this case is **TRANSFERRED** to the United States Court of Appeals for the Ninth Circuit as a second successive petition, and the Clerk of the Court shall enter a statistical termination of this case.

| April 23, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk